DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CROUCHING TIGER HIDDEN DRAGON INVESTMENT GROUP LLC,**
Appellant,

v.

**SHORE WINDOW CLEANING LLC,** and **ALEX SHORE,**
Appellees.

No. 4D22-2353

[March 2, 2023]

Appeal of a non-final order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Melanie Dale Surber, Judge; L.T. Case No. 502020CC004995XXXXSB.

Barry S. Mittelberg of Barry S. Mittelberg, P.A., Coral Springs, for appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***